**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LENIN GALEANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-318-LKK |
| ) | |
| PLAINTIFF, ) | ORDER RE WAIVER OF DEFENDANT'S PRESENCE |
| ) | |
| v. ) | |
| ) | |
| LENIN GALEANO, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

Defendant, LENIN GALEANO, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant, LENIN GALEANO, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant LENIN GALEANO, were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

1

Defendant, LENIN GALEANO, further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 ( Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant LENIN GALEANO, being present and agrees to waive any and all time under both the federal constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial. Defendant LENIN GALEANO, has had conversations with his lawyer about both his federal constitutional right and Speedy Trial Act rights for a speedy public jury trial and agrees to waive such times under both of his rights.

DATED: 10-21-08

/s/ Lennin Galeano
_____
LENIN GALEANO
Original on file in Attorney's Office

DATED: 10-21-08

/s/ JAMES R. GREINER

_____

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
LENIN GALEANO

IT IS SO ORDERED.

DATED: October 22, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2