UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JAN 14 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

MEMORANDUM

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

| RE: | WHALEN, Cory | (Dkt. No. 2:08CR00318-02) |
|---|---|---|
| | GALEANO, Lenin | (Dkt. No. 2:08CR00318-04) |
| | ANG, Clarisa | (Dkt. No. 2:08CR00318-07) |
| | ÁNG, Cris | (Dkt. No. 2:08CR00318-08) |
| | ANG, Lydia | (Dkt. No. 2:08CR00318-09) |

### REQUEST TO VACATE JUDGMENT AND SENTENCE DATE / SCHEDULE STATUS DATE

Your Honor:

Defendants Clarisa, Cris, and Lydia Ang are scheduled for Judgment and Sentencing on February 23, 2010. Defendants Cory Whalen and Lenin Galeano are scheduled for Judgment and Sentencing on March 9, 2010. All five of these defendants are scheduled to testify in the trial of other codefendants calendared for March 30, 2010.

Per agreement with the government and counsel for all five defendants, it is respectfully requested that the Judgment and Sentencing dates for the above five defendants be vacated; and a status date for each of them be scheduled for May 4, 2010, at 9:15 a.m.

At that time, it is anticipated the parties will request a new Judgment and Sentencing date and disclosure schedule for the Presentence Report.

Respectfully submitted,

*/s/ J. Oestreicher*

JEFFREY C. OESTREICHER
Supervising United States Probation Officer

REVIEWED BY:  */s/ Linda A. Alger by G.W.*
LINDA L. ALGER
Supervising United States Probation Officer

Dated: January 12, 2010
Sacramento, California

1

Honorable Lawrence K. Karlton
January 12, 2010
Page 2

cc: Clerk, United States District Court
Russell Carlberg, AUSA
John R. Manning, Attorney at Law
James R. Greiner, Attorney at Law
Michael Long, Attorney at Law
Michael Bigelow, Attorney at Law
Roger Patton, Attorney at Law

✓ Approved

_____
LAWRENCE K. KARLTON
Senior United States District Judge

1/14/10
Date

____ Disapproved