MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for CLARISA ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. CR-S-08-318 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE THE STATUS |
| ) | CONFERENCE |
| JOY JOHNSON, et al., ) | |
| ) | Date: 8-10-10 |
| Defendant. ) | Time: 9:15 a.m. |
| ==============================) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Assistant United States Attorney Russell Carlberg, Michael Long, attorney for CLARISA ANG, Michael Bigelow, attorney for CRIS ANG, John Manning, attorney for COREY WHALEN and Jay Greiner, attorney for LENIN GALEANO, that the status conference date of May 4, 2010, should be continued until August 10, 2010.  Each of the above-listed defendants has pleaded guilty and is awaiting sentencing.  The continuance is necessary as the sentencing must take place after the remaining defendants resolve their cases.

Dated:  May 3, 2010                              Respectfully submitted,

                                                 /s/ Michael D. Long_____
                                                 MICHAEL D. LONG
                                                 Attorney for Clarisa Ang

Dated:  May 3, 2010

                                                 BENJAMIN WAGNER
                                                 United States Attorney

                                                 /s/ Russell Carlberg_____
                                                 RUSSELL CARLBERG
                                                 Assistant U.S. Attorney

-1-

Dated:  May 3, 2010    Respectfully submitted,

/s/ Michael Bigelow_____
MICHAEL BIGELOW
Attorney for Cris Ang

Dated:  May 3, 2010    Respectfully submitted,

/s/ John Manning_____
JOHN MANNING
Attorney for Corey Whalen

Dated:  May 3, 2010    Respectfully submitted,

/s/ James Greiner_____
JAMES GREINER
Attorney for Lenin Galeano

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-318 LKK |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | Date:  8-10-10 |
| JOY JOHNSON, et al., | ) | Time: 9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| ==============================) | | |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference for CLARISA ANG, CRIS ANG, COREY WHALEN and LENIN GALEANO, presently set for May 4, 2010, at 9:15 a.m. be continued to August 10, 2010, at 9:15 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

Dated: May 3, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-