**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LENIN GALEANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-318-LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | BY THE PARTIES WITH AGREEMENT |
| v. ) | OF PRE-TRIAL SERVICES TO |
| ) | MODIFY RELEASE CONDITIONS OF |
| LENIN GALEANO, ) | LENIN GALEANO |
| ) | |
| DEFENDANT. ) | |
| _____) | |

The parties to this litigation, the United States of America, by and through their attorney, Mr. Russell L. Carlberg, and defendant, Lenin Galeano, by and through his attorney, Mr. James R. Greiner, and with the agreement and stipulation of the United States Pretrial Services Officer, Ms. Tai Gaskins, request that this Court modify the pre-trial release conditions of the defendant by striking the condition that requires the defendant to drug test.

1

1    It is so stipulated and agreed to.

BENJAMIN WAGNER
UNITED STATES ATTORNEY

/s/ Russell L. Carlberg by e mail  authorization

DATED: 4-12-11        _____
Russell L. Carlberg
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 4-12-11        /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Christopher Warren

ORDER

GOOD CAUSE APPEARING, and based upon the above stipulation and agreement, IT IS HEREBY ORDERED:

The defendant shall not drug test while on pre-trial release and all other pre-trial release conditions remain in full force and effect.

IT IS SO ORDERED.

DATED: APRIL 14, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2